# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re:  Joshua Adam Kaplan
Debtor

Case No.: 25–48523–tjt
Chapter 7
Judge: Thomas J. Tucker

ZB Verified Investments LLC
Plaintiff

Adv. Proc. No. 25–04234–tjt

v.

Joshua Adam Kaplan
Defendant

---

## NOTICE OF INITIAL SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Bankr. P. 7016 and Fed.R. Civ. P. 16, an initial scheduling conference in an adversary proceeding will be conducted in **Courtroom 1925, 211 West Fort St., Detroit, MI 48226** on **1/12/26** at **09:00 AM** following which a scheduling order will be issued.

All parties and their counsel are reminded that incident thereto, and, by reason of amendments to the Federal Rules of Civil Procedure effective December 1, 2000:

(a) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P.  26(f), At a minimum, the parties must (1) confer and discuss the required subjects, and, (2) file with the Court, **no later than 5 days before the conference,** a written report regarding all the subjects listed in the Rule 26(f) report form available on the Court's web site (http://www.mieb.uscourts.gov/) under "Local Forms" (the form is entitled "Report of Parties Rule 26(f) Conference.")

and

(b) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(a)(1), requiring specified initial disclosures to be served within 14 days after the Rule 26(f) conference (unless the parties waive the requirement in whole or in part, or extend the due date; note that any such waiver or extension should be included in the required 26(f) report)

*Note: with the exception of trials in adversary proceedings, and evidentiary hearings in contested matters, and unless otherwise noticed or ordered in a particular case, all conferences and hearings in cases pending before Judge Tucker will be conducted by telephone. At least five minutes before the scheduled time for hearing, counsel, parties, and all other persons wishing to attend the hearing should call (202) 503–1666 and use Conference ID 654 240 580#. Counsel, parties, and all other persons calling in should place their phone on mute and wait until their case is called. After the case is called, counsel and parties should unmute their phone in order to enter their appearance and to speak, but should keep their phone on mute when not speaking. Anyone who dials into a court hearing is prohibited from placing the court call on hold.*

Dated: 12/22/25

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT