UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JOSHUA ADAM KAPLAN,

        Debtor.

_____/

Case No. 25-48523

Chapter 7

Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

        Plaintiff,

vs.

JOSHUA ADAM KAPLAN,

        Defendant.

_____/

Adv. No. 25-4234

**ADVERSARY PROCEEDING SCHEDULING ORDER**

This adversary proceeding came before the Court on January 12, 2026, for an initial scheduling conference, held by telephone. Counsel for the Plaintiff and counsel for the Defendant appeared at the conference. Under Fed. R. Bankr. P. 7016 and 7026, and the parties having held a conference and having filed a written report thereof ("Rule 26(f) Report") under Fed. R. Civ. P. 26(f),

IT IS ORDERED that further proceedings in this case will be governed by the following:

I.

Discovery Plan and Other Provisions of Rule 26(f) Report

The Rule 26(f) Report (Docket #11) is adopted as an order of this Court and incorporated herein, except that:

(a) Plaintiff is granted leave through, and the deadlines are, February 17, 2026 to join additional parties and February 17, 2026 to amend the pleadings.

(b) Defendant is granted leave through, and the deadlines are, February 17, 2026 to join additional parties and February 17, 2026 to amend the pleadings.

II.

Submission of Joint Final Pretrial Order

A Joint Final Pretrial Order prepared in accordance with L.B.R. 7016-1(E.D. Mich.) must be submitted to Judge's chambers **no later than five days before the Final Pretrial Conference (*i.e.*, no later than the Wednesday before the Final Pretrial Conference, which is scheduled for a Monday).** ***This proposed order must be submitted electronically, through the Court's order submission program.*** **In addition, a stipulation to the entry of the proposed Joint Final Pretrial Order, with the proposed Joint Final Pretrial Order attached, must be filed in this adversary proceeding no later than five days before the Final Pretrial Conference.** *See* L.B.R. 7016-1(a)(3)(E.D. Mich.). In the portion of the Joint Final Pretrial Order designated "Issues of Law to be Litigated," each party must provide after each listed issue, that party's three strongest reported cases in support of its view of the law.

III.

Mediation

As soon as possible, but in any event, ***not later than July 1, 2026***, plaintiff's attorney must do the following: (1) arrange for a conference call, or an in person conference with counsel for all parties, as well as any unrepresented party, for the purpose of discussing mediation of this case in accordance with L.B.R. 7016-2 (E.D. Mich.); and (2) contact the Judge's Courtroom Deputy to report on whether the parties agree to mediation, and if so, who the parties have chosen as mediator (in which case the Court will enter a mediation order.) ***If this deadline is not met, the Court will schedule a status conference to discuss mediation, which counsel will be required to attend in person.***

IV.

Final Pretrial Conference

A final pretrial conference will be held on **June 29, 2026 at 9:00 a.m.** The final pretrial conference will be held by telephone. At least five minutes before the scheduled time for hearing, counsel and parties, and all other persons wishing to attend the conference, should call (202) 503-1666 and use Conference ID 654 240 580#. Counsel, parties, and all other persons calling in should place their phone on mute and wait until their case is called. After the case is called, counsel and parties should unmute their phone in order to enter their appearance and to speak, but should keep their phone on mute when not speaking.

V.

Trial Date(s) in Bankruptcy Court

2

The trial of this adversary proceeding will be held in this Court and will begin on **July 16, 2026 at 9:00 a.m.**  The trial will be held in person, rather than remotely by telephone or video conference, and will be held in Courtroom 1925, 211 Fort Street, Detroit, Michigan.

VI.

Miscellaneous Matters

(a)      Adjournment(s) or Changes in this Order

Requests for adjournment of the trial date are governed by L.B.R. 5071-1(b) and (c) (E.D. Mich.).  Any changes in any other dates or provisions of this order are to be sought in accordance with L.B.R. 9014-1 (E.D. Mich.), or by written stipulation provided that in any case good cause must be shown, and approval of the Court is required.

(b)      Exhibits and Discovery Disputes

Exhibits to be offered in evidence are to be processed under L.B.R. 7016-1(d) (E.D. Mich.).  Note should be taken of L.B.R. 9014-1(h) (E.D. Mich.) relative to discovery disputes. Parties are encouraged to resolve disputes before a motion regarding discovery is filed, and are directed to strictly comply with L.B.R. 9014-1(h) and (i) (E.D. Mich.) if a motion is ultimately required.

(c)      Settlement

Note should be taken of L.B.R. 9019-1 (E.D. Mich.) regarding settlements.

(d)      Status or Pretrial Conference Request

Any party may request a status conference (or a conference to discuss or further consult in reference to this order) by a communication, in writing, addressed to the Court with copies to opposing or other counsel and/or any pro se parties.  Upon receipt of such a request (or *sua sponte*) the Court will schedule such a conference (in person or by phone) if the Court believes it will advance or be helpful in the disposition of this proceeding.

(e)      Non-filing of Discovery Materials

*See* L.B.R. 7026-1(a) (E.D. Mich.).

**Signed on January 12, 2026**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

3