Joshua Adam Kaplan

      Debtor.

_____/

ZB Verified Investments LLC,

        Plaintiff,

v.

Joshua Kaplan,

        Defendants.

_____/

Chapter 7
Case No. 25-48523-tjt

Hon. Thomas J. Tucker

Adv. P. Case No. 25-4234

**EX PARTE ORDER GRANTING PLAINTIFF LEAVE TO REDACT AND**
**FILE PORTIONS OF PLAINTIFF'S BRIEF IN SUPPORT OF MOTION**
**FOR SUMMARY JUDGMENT AND**
**TO FILE CERTAIN EXHIBITS UNDER SEAL**

Pursuant to Plaintiff's *Ex Parte Motion for Leave to Redact and File Portions of Plaintiff's Motion for Summary Judgment Under Seal* [Doc 20] (the "Motion to Seal") and for the reasons stated in the Motion to Seal,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

Plaintiff ZB Verified Investments is granted Leave to file redacted documents on the public docket and unredacted documents under seal in connection with its upcoming *Motion for Summary Judgment* pursuant to Section 107 of the Bankruptcy

Code, Federal Rule of Civil Procedure 5.2(d), and Eastern District of Michigan

Local Rule 5.3.