IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

        Debtor.

Case No. 25-48523-tjt
Chapter 7

_____/ Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

        Plaintiff,

Adv. Pro. No. 25-04234-tjt

 vs.

JOSHUA KAPLAN,

        Defendant.

_____/

## STIPULATON TO ENTRY OF ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The parties, by their signatures below, consent to the entry of the attached Order Extending Time to Respond to Plaintiff's Motion for Summary Judgment ("Motion, ECF No. 24") to give the parties additional time to work together to address the issues raised in the Motion.

**AGREED:**

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Kimberly Ross Clayson (with Consent)*
Kimberly Ross Clayson(P69804)
Ethan R. Holtz (P71884)
Emily M. Mayer (P78956)
Counsel for Creditor, ZB Verified
Investments, LLC
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
kclayson@taftlaw.com
eholtz@taftlaw.com
emayer@taftlaw.com

Dated: March 18, 2026

**OSIPOV BIGELMAN, P.C.**

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

Dated: March 18, 2026

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

      Debtor.

_____/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

      Plaintiff,

 vs.

Adv. Pro. No. 25-04234-tjt

JOSHUA KAPLAN,

      Defendant.

_____/

**ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

The parties, by their signatures below, consent to the entry of the attached Order Extending Time to Respond to Plaintiff's Motion for Summary Judgment ("Motion, ECF No. 24") to give the parties additional time to work together to address the issues raised in the Motion.

3

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline for Defendant to file a response to Plaintiff's Motion for Summary Judgment is extended to and through **May 1, 2026**.