IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

|  |  |
|---|---|
| Debtor. | Case No. 25-48523-tjt |
|  | Chapter 7 |
| _____/ | Judge Thomas J. Tucker |

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,                                                    Adv. Pro. No. 25-04234-tjt

 vs.

JOSHUA KAPLAN,

Defendant.

_____/

## DEFENDANT'S EX PARTE MOTION FOR ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, Joshua Kaplan ("Defendant"), by and through his

attorneys, OSIPOV BIGELMAN, P.C., and states as follows:

### Background

This action stems from a state court breach of contract action in which

Plaintiff ZB Verified Investments LLC ("ZB") seeks repayment of a loan from

Divided Sky LLC ("Divided Sky"), which Adam Kessler, the majority owner of

Divided Sky, Joshua Kaplan, the minority owner of Divided Sky, and Sami Ahmad

of Orchard Laboratories Corp. ("Orchard") each guaranteed. Divided Sky asserted that the loan is unenforceable because it carries a usurious interest rate. On the eve of trial in the state court action, ZB dismissed Sami Ahmad. Orchard, however, remains a party to a pending arbitration with Divided Sky, in which Divided Sky seeks to recover more than twenty million dollars.

### Motion

1. On March 4, 2026, Plaintiff ZB Verified Investments LLC ("Plaintiff") filed its Motion for Summary Judgment (ECF No. 23).

2. The deadline for Defendant to respond to the motion is May 1, 2026 ("Response Deadline"; *See* Order Extending Time for the Defendant to Respond to Plaintiff's Motion for Summary Judgment at ECF No. 33).

3. The Court has authority to extend the deadlines for cause under Fed. R. Bankr. P. 9006(b)(1).

4. Cause exists for extension of the Response Deadline, as more fully set forth below.

**Plaintiff's Response to Discovery**

5. On March 11, 2026, Defendant issued his first set of discovery requests (ECF No. 30).

6. On April 15, 2026, Plaintiff provided <u>untimely</u> objections and responses to Defendant's first set of discovery (not filed).

7. On April 19, 2026, Defendant requested that Plaintiff supplement its responses to discovery as they were deficient.

8. On April 27, 2026, the Defendant renewed its request for the Plaintiff to supplement its discovery. The discovery has not yet been supplemented.

9. The deadline for completion of discovery in this case is currently May 29, 2026.

10. Defendant cannot meaningfully respond to the Motion for Summary Judgment without complete discovery. Defendant may also need to file a motion to compel and seek a corresponding extension of the discovery deadline.

**Defendant's Deposition of Orchards**

11. Defendant intends to depose the corporate representative of Orchard, a material witness.

12. Orchard is involved in a dispute with Divided Sky—an entity in which Defendant holds a minority interest—and is alleged to owe Divided Sky more than twenty million dollars. Plaintiff's Complaint relies heavily on allegations involving Orchard. See Complaint ¶¶ 6, 10, 13, 14, 16, 19, 21, 42, 47, 50, 51, 68, 73–77, 80, 82, 90, 93–95, 101, and 109.

13. Defendant's ability to respond to the Motion for Summary Judgment requires completion of this deposition.

**Pending State Court Ruling on Usury**

14. In the state court matter between the parties captioned <u>ZB Verified Investments, LLC v Kessler, et al</u>, Case #24-207081-CB, a trial concluded on March 6, 2026. The court is expected to rule on the issue of usury, which is an affirmative defense in this case.

15. The matter is currently under advisement.

16. Plaintiff devotes substantial portions of its Motion for Summary Judgment to the usury issue. See ECF No. 24, pp. 21–29.The state court ruling may have collateral estoppel effect in this case.

17. The state court's ruling may have collateral estoppel effect in this proceeding. Deferring Defendant's response until that ruling is issued would promote judicial efficiency and avoid potentially inconsistent results.

18. Defendant's counsel has conferred in good faith with Plaintiff's counsel in an attempt to obtain the requested relief without court intervention, but those efforts have been unsuccessful.

19. The response date should be extended to after the completion of discovery which ends on May 29, 2026.

WHEREFORE, Defendant respectfully requests that this Court enter an order extending the deadline for Defendant to respond to Plaintiff's Motion for Summary

Judgment to a date after the close of discovery, and grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: April 27, 2026
/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: (248) 663-1800
jhb@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Case No. 25-48523-tjt

Debtor.                         Chapter 7

_____/       Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,                          Adv. Pro. No. 25-04234-tjt

vs.

JOSHUA KAPLAN,

Defendant.

_____/

**ORDER EXTENDING DEADLINE FOR DEFENDANT TO
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court upon Defendant's Ex Parte

Motion for Order Extending Deadline to Respond to Plaintiff's Motion for Summary

Judgment (the "Motion"; ECF No. __); and for the reasons set forth in the Motion:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Defendant to Respond to

Plaintiff's Motion for Summary Judgment (ECF No. 23) is extended to _____.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

     Debtor.

_____/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

     Plaintiff,

 vs.

JOSHUA KAPLAN,

     Defendant.

_____/

Adv. Pro. No. 25-04234-tjt

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 27, 2026, I electronically filed:

(1) Defendant's Ex Parte Motion for Order Extending Deadline to Respond to Plaintiff's Motion for Summary Judgment, (2) Proposed Order, and (3) Certificate of Service

with the Clerk of the Court, which will provide electronic notice to the following via the CM/ECF System:

ZB Verified Investments LLC

Respectfully submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: April 27, 2026

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Drive, Suite 420
Southfield, MI  48076
Tel: (248) 663-1800
jhb@osbig.com