IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

|  |  |
|---|---|
| Debtor. | Case No. 25-48523-tjt |
| | Chapter 7 |
| _____/ | Judge Thomas J. Tucker |

ZB VERIFIED INVESTMENTS LLC,

    Plaintiff,                                                      Adv. No. 25-04234-tjt

 vs.

JOSHUA KAPLAN,

    Defendant.

_____/

**ORDER FURTHER EXTENDING THE DEADLINE FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now before the Court is the Defendant's motion entitled "Defendant's Ex

Parte Motion for Order Extending Deadline for Defendant to Respond to Plaintiff's

Motion for Summary Judgment" (Docket # 34, the "Motion"). The Court finds

good cause to enter this Order.

**IT IS ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the deadline for the Defendant to file a

response to the Plaintiff's motion for summary judgment (Docket # 23, filed under

seal; Docket # 24, redacted version) is extended to and through June 19, 2026.

**Signed on April 28, 2026**

 /s/ Thomas J. Tucker
_____

**Thomas J. Tucker**
**United States Bankruptcy Judge**