# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Joshua Adam Kaplan

     Debtor.

_____/

ZB Verified Investments LLC,

     Plaintiff,

v.

Joshua Kaplan,

     Defendants.

_____/

Chapter 7
Case No. 25-48523-tjt

Hon. Thomas J. Tucker

Adv. P. Case No. 25-4234

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2026, I served *Plaintiff's Objections and Verified Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents* via email to Jeffrey H. Bigelman, Defendant's counsel of record.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: April 30, 2026      By: /s/ Kimberly Ross Clayson
                           Kimberly Ross Clayson (P69804)
                           Ethan Holtz (P71884)
                           Emily M. Mayer (P78956)

27777 Franklin Road – Suite 2500
Southfield, MI 48034
P: 248.351.3000
kclayson@taftlaw.com
eholtz@taftlaw.com
emayer@taftlaw.com

*Counsel for Plaintiff, ZB Verified Investments, LLC*