# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Joshua Adam Kaplan | Case No.: 25–48523–tjt<br>Chapter 7<br>Judge: Thomas J. Tucker |
| ZB Verified Investments LLC<br>Plaintiff | Adv. Proc. No. 25–04234–tjt |
| v. | |
| Joshua Adam Kaplan<br>Defendant | |

## NOTICE OF HEARING HELD IN–PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*37* – Motion for Protective Order Precluding Duplicative Discovery on Issues Resolved by Collateral Estoppel Filed by Plaintiff ZB Verified Investments LLC (Clayson, Kimberly)

will be held on: 6/10/26 at 10:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

NOTE: THIS IS AN IN–PERSON HEARING.

Dated: 5/13/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court