IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

    Debtor.

Case No. 25-48523-tjt
Chapter 7
_____/      Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

    Plaintiff,

Adv. Pro. No. 25-04234-tjt

 vs.

JOSHUA KAPLAN,

    Defendant.
_____/

## STIPULATON TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT

The parties, by and through their undersigned counsel, stipulate to the following:

### Recitals

1.    On March 4, 2026, the Plaintiff filed a Motion for Summary Judgment. ECF No. 24.

2.      On April 28, 2026, the Court entered Order Further Extending the Deadline for Defendant to Respond to Plaintiff's Motion for Summary Judgment entered April 28, 2026, to extend the deadline for Defendant to file a Response to the Motion for Summary Judgment ("Order").  ECF No. 35.

3.      On May 19, 2026, the Plaintiff filed an Amended Motion for Summary Judgment ("Amended Motion"), ECF No. 44, which supersedes and replaces the original Motion for Summary Judgment (ECF No. 24) in its entirety.

### Agreement

The parties agree that the Amended Motion (ECF No. 44) is the operative motion for summary judgment pending before the Court, and that Defendant's deadline to respond to the Amended Motion shall remain June 19, 2026, consistent with the Order.  Nothing in this Stipulation shall be construed as a waiver of any rights, claims, or defenses by either party.

**AGREED:**

25-04234-tjt    Doc 53    Filed 05/22/26    Entered 05/22/26 16:30:33    Page 2 of 3

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Kimberly Ross Clayson (with Consent)*
Kimberly Ross Clayson(P69804)
Ethan R. Holtz (P71884)
Emily M. Mayer (P78956)
Counsel for Creditor, ZB Verified
Investments, LLC
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
kclayson@taftlaw.com
eholtz@taftlaw.com
emayer@taftlaw.com

Dated: May 22, 2026

**OSIPOV BIGELMAN, P.C.**

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

Dated: May 22, 2026