UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

    Debtor.

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

_____/

ZB VERIFIED INVESTMENTS LLC,

    Plaintiff,

Adv. Pro. No. 25-04234-tjt

 vs.

JOSHUA KAPLAN,

    Defendant.

_____/

## DEFENDANT JOSHUA KAPLAN'S EX PARTE MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION

NOW COMES Defendant Joshua Kaplan ("Defendant"), by and through his attorneys, OSIPOV BIGELMAN, P.C., and for his Ex Parte Motion for Leave to File Motion for Summary Judgment in Excess of Page Limitation (the "Motion"), of up to 32 pages, which exceeds the Court's 25-page limit by 7 pages. In support, Defendant states as follows:

### 1. BACKGROUND

This Court previously denied Defendant's motion for excess pages (Docket # 63) because Defendant proposed to embed a cross-motion for summary judgment within his response brief to Plaintiff's Amended Motion for Summary Judgment. The Court directed that if Defendant wished to seek summary judgment in his favor, he should file a separate motion. See Order, Docket # 64.

Defendant has followed the Court's guidance and is filing a stand-alone Motion for Summary Judgment. This motion for excess pages is limited solely to that separate filing and does not implicate the prior denial in any way.

**2. THE OVERAGE IS MODEST**

Defendant requests only 7 additional pages — bringing the total to 32 pages against the Court's 25-page limit. This is a narrow and targeted request. Defendant's counsel has diligently edited and condensed the brief to the greatest extent possible, and 32 pages represents the minimum length necessary to adequately present the grounds for summary judgment.

**3. COMPLEXITY OF THE LEGAL AND FACTUAL ISSUES**

Defendant's Motion for Summary Judgment addresses several independent grounds on which judgment should be entered in Defendant's favor as a matter of law. Each ground requires: (a) a statement of the applicable legal standard; (b) application of that standard to the specific facts of record; and (c) citation to the evidentiary record. The factual record in this adversary proceeding is extensive, and thorough briefing on each issue is necessary for the Court to rule on the motion without requiring supplemental submissions.

**4. GOOD CAUSE EXISTS**

Good cause supports this request because: (a) this motion directly implements the Court's own direction in Docket # 64 to file a separate motion for summary judgment; (b) the requested overage is minimal at only 7 pages; (c) the legal and factual complexity of the issues requires thorough briefing that cannot be adequately compressed into 25 pages without omitting material arguments; and (d) the Court's ability to rule on the merits will be enhanced by complete briefing rather than truncated analysis.

**5. NO PREJUDICE TO PLAINTIFF**

Granting this motion will not prejudice Plaintiff. Plaintiff will have a full opportunity to respond to the Motion for Summary Judgment in accordance with the applicable deadlines and page limits. Plaintiff is not disadvantaged by Defendant presenting his arguments in 32 pages rather than 25.

WHEREFORE, Defendant Joshua Kaplan respectfully requests that this Court enter an order granting leave to file a Motion for Summary Judgment not to exceed 32 pages.

Dated: June 19, 2026

Respectfully submitted,
**OSIPOV BIGELMAN, P.C.**

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant Joshua Kaplan
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

|  |  |
|---|---|
| Debtor. | Case No. 25-48523-tjt |
|  | Chapter 7 |
| _____/ | Judge Thomas J. Tucker |

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,                                                          Adv. Pro. No. 25-04234-tjt

 vs.

JOSHUA KAPLAN,

Defendant.

_____/

**ORDER GRANTING DEFENDANT JOSHUA KAPLAN'S
EX PARTE MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY
JUDGMENT IN EXCESS OF PAGE LIMITATION**

THIS MATTER having come before the Court on Defendant Joshua Kaplan's Ex Parte

Motion for Leave to File Motion for Summary Judgment in Excess of Page Limitation (the

"Motion"), ECF No. _____; the Court having reviewed the Motion and being otherwise fully

advised in the premises; and good cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Joshua Kaplan is granted leave to file a

Motion for Summary Judgment, not to exceed 32 pages, exclusive of exhibits.