**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

In Re: (NAME OF DEBTOR(S))
Joshua Adam Kaplan

Case No.: 25−48523−tjt
Chapter 7
Judge: Thomas J. Tucker

ZB Verified Investments LLC
Plaintiff

Adv. Proc. No. 25−04234−tjt

v.

Joshua Adam Kaplan
Defendant

---

**NOTICE OF ADJOURNED FINAL PRE−TRIAL CONFERENCE HELD TELEPHONICALLY**

PLEASE TAKE NOTICE that the FINAL PRE−TRIAL CONFERENCE on 08/31/2026 at 9:00 am on the above entitled adversary proceeding is hereby adjourned to: 10/5/26 at 09:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: this hearing will be conducted by telephone. At least five minutes before the scheduled time for hearing, counsel, parties, and all other persons wishing to attend the hearing should call (202) 503−1666 and use Conference ID 654 240 580#. Counsel, parties, and all other persons calling in should place their phone on mute and wait until their case is called. After the case is called, counsel and parties should unmute their phone in order to enter their appearance and to speak, but should keep their phone on mute when not speaking. Anyone who dials into a court hearing is prohibited from placing the court call on hold.

Dated: 7/15/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

In Re: (NAME OF DEBTOR(S))
Joshua Adam Kaplan

Case No.: 25−48523−tjt
Chapter 7
Judge: Thomas J. Tucker

ZB Verified Investments LLC
Plaintiff

Adv. Proc. No. 25−04234−tjt

v.

Joshua Adam Kaplan
Defendant

**NOTICE OF ADJOURNED TRIAL HELD IN−PERSON**

PLEASE TAKE NOTICE that the TRIAL on 09/17/2026 at 9:00 am on the above entitled adversary proceeding is hereby adjourned to: 10/22/26 at 09:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

NOTE: THIS IS AN IN−PERSON TRIAL.

Dated: 7/15/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court