UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Debtor.
_________________________________/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,

Adv. Pro. No. 25-04234-tjt

vs.

JOSHUA KAPLAN,

Defendant.
_________________________________/

**STIPULATION FOR ORDER**
**SCHEDULIGN STATUS CONFERENCE AND FOR ADJOURMENT**
**OF JOINT FINAL PRETRIAL CONFERENCE AND TRIAL**

Plaintiff ZB Verified Investments LLC ("ZB"), and Defendant Joshua Kaplan, by and through their undersigned counsel, hereby stipulate and agree to entry of the attached order, and as follows:

1. Pursuant to the Court's *Notice of Adjourned Final Pre-Trial Conference Held Telephonically* (Docket No. 86; the "Notice") read together with the *Adversary Proceeding Scheduling Order* (Docket No. 13), the Parties' proposed Joint Final Pretrial Order is due on September 30, 2026.

2. The Notice further provides that the Final Pretrial Conference in this matter is scheduled for October 5, 2026 at 9:00 a.m. and that trial in this matter is scheduled for October 22, 2026 at 9:00 a.m.

304021584v2

3. On May 19, 2026 and June 19, 2026, the Parties each filed cross-motions for summary judgment (see Docket Nos. 44 and 74; the "Motions").

4. Thereafter, the Parties each filed responses to the Motions (see Docket Nos. 68 and 90) (the "Responses") and the Parties also each filed replies to the Responses (see Docket Nos. 89 and 95).

5. On September 9, 2026, the Court held a hearing on the Motions, following which the Court took the Motions under advisement and the Court indicated that a written opinion and order on the Motions will follow.

6. At the hearing on the Motions, the Parties did not address the September 30, 2026 deadline for the Joint Final Pretrial Order, the October 5, 2026 Final Pretrial Conference, or the October 22, 2026 trial date.

7. Determination of the Motions may eliminate the need for a trial in this matter, or otherwise significantly limit its scope. As such, the Parties believe that preparing a joint final pretrial order before the Court has ruled may be an exercise in futility.

8. Therefore, in the interest of judicial economy, Plaintiff and Defendant request that the Court enter the proposed order attached hereto as Exhibit A, scheduling a telephonic status conference to set a new deadline for submission of a proposed joint final pretrial order, as well as adjourned dates for the Final Pretrial Conference and trial, so that following the Court's determination of the Motions, the Parties may assess whether trial remains necessary and, if so, to tailor a proposed joint final pretrial order to the issues remaining for trial.

9. For the reasons stated herein, the Parties believe that good cause exists for the entry of the proposed order.

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Kimberly Ross Clayson (with Consent)*
Kimberly Ross Clayson(P69804)
Ethan R. Holtz (P71884)
Attorneys for Plaintiff
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
kclayson@taftlaw.com
eholtz@taftlaw.com

Dated: September 17, 2026

**OSIPOV BIGELMAN, P.C.**

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

Dated: September 17, 2026

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Debtor.
___________________________________/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,

Adv. Pro. No. 25-04234-tjt

vs.

JOSHUA KAPLAN,

Defendant.
___________________________________/

**ORDER ADJOURNING FINAL PRETRIAL CONFERENCE AND TRIAL**

Plaintiff ZB Verified Investments LLC and Defendant Joshua Kaplan, having so stipulated, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that the September 30, 2026 deadline for the filing of a proposed joint final pretrial order and October 5, 2026 Final Pretrial Conference, and the October 22, 2026 trial are adjourned to dates to be determined.

**IT IS FURTHER ORDERED** that on ___________, 2026, at __, the Court will hold a telephonic status conference with Plaintiff and Defendant to reschedule the aforementioned deadline and dates.