UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Debtor.
____________________________________/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,

Adv. No. 25-04234-tjt

vs.

JOSHUA KAPLAN,

Defendant.
____________________________________/

**ORDER ADJOURNING JOINT FINAL PRETRIAL CONFERENCE AND TRIAL**

In response to the stipulation of the parties, filed September 17, 2026 (Docket # 99), the Court finds good cause to enter this Order, which grants relief that is somewhat different from the relief requested in the stipulation.

IT IS ORDERED that the telephonic final pretrial conference, currently scheduled for October 5, 2026 at 9:00 a.m., is adjourned to **November 16, 2026 at 9:00 a.m.**[1]

IT IS FURTHER ORDERED that the in-person trial, currently scheduled for October 22, 2026 at 9:00 a.m., is adjourned to **December 3, 2026 at 9:00 a.m.**

**Signed on September 18, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] Under the Court's scheduling order (Docket # 13), and because Wednesday, November 11, 2026 is a legal holiday, this adjournment of the final pretrial conference automatically extends the deadline for the parties to file a proposed joint final pretrial order to November 12, 2026.