UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Debtor.
______________________________________/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,

Adv. Pro. No. 25-04234-tjt

vs.

JOSHUA KAPLAN,

Defendant.
______________________________________/

**STIPULATION TO ADJOURN**
**JOINT FINAL PRETRIAL CONFERENCE AND TRIAL**

Plaintiff ZB Verified Investments LLC ("ZB"), and Defendant Joshua Kaplan, by and through their undersigned counsel, hereby stipulate and agree to entry of the attached order, and as follows:

1. A proposed Joint Final Pretrial Order is due on November 9, 2026.

2. The Final Pretrial Conference in this matter is currently scheduled for November 16, 2026 at 9:00 a.m.

3. The Trial in this matter is currently scheduled for December 3, 2026 at 9:00 a.m.

4. Plaintiff and Defendant each filed a motion for summary judgment (see Docket Nos. 44 and 74; the "Motions").

5. Both parties filed responses to such Motions (see Docket Nos. 68 and 90; “Responses”).

6. Both parties filed replies to the Responses (see Docket Nos. 89 and 95).

7. On September 9, 2026, the Court held a hearing on the Motions, following which the Motions were taken under advisement. A written opinion and order will follow.

8. On September 17, 2026, the parties stipulated to an adjournment of the trial-related dates to a date in the future because determination of the motions may eliminate the need for a trial in this matter, or otherwise significantly limit its scope. Preparing a Joint Final Pretrial Order before the Court has ruled would therefore be an exercise in futility.

9. As of the date of this stipulation, current deadline for the parties to submit a proposed Joint Final Pretrial Order is in six days, however, the Motions have yet to be decided by the Court and therefore, the parties agree to a further adjournment of the joint final pretrial conference and trial to a later date to allow sufficient time for the Court to issue its ruling on the motions.

10. Therefore, in the interest of judicial economy, the Plaintiff and Defendant request a further adjournment of the deadline to submit the Proposed Joint Final Pretrial Order, the date for the final pretrial conference, and the date for trial until after such time as a determination is made on the pending motions for summary judgment, as set forth in the proposed order attached hereto as Exhibit A.

11. For the reasons stated herein, good cause exists for the entry of the proposed order.

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Ethan R. Holtz (with Consent)*
Kimberly Ross Clayson(P69804)
Ethan R. Holtz (P71884)
Attorneys for Plaintiff
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
kclayson@taftlaw.com
eholtz@taftlaw.com

Dated: November 3, 2026

**OSIPOV BIGELMAN, P.C.**

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

Dated: November 3, 2026

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Debtor.
____________________________________/

Case No. 25-48523-tjt
Chapter 7
Judge Thomas J. Tucker

ZB VERIFIED INVESTMENTS LLC,

Plaintiff,

Adv. Pro. No. 25-04234-tjt

vs.

JOSHUA KAPLAN,

Defendant.
____________________________________/

**ORDER ADJOURNING JOINT FINAL**
**PRETRIAL CONFERENCE AND TRIAL**

In response to the stipulation of the parties, filed November 3, 2026 (Docket # __), the Court finds good cause to enter this Order.

**IT IS ORDERED** that the telephonic final pretrial conference, currently scheduled for November 9, 2026 at 9:00 a.m., is adjourned to ________________, 202_ at __:__ a/p.m.

**IT IS FURTHER ORDERED** that the in-person trial, currently scheduled for December 3, 2026 at 9:00 a.m., is adjourned to ________________, 202_ at __:__ a/p.m.